IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES CARLISLE,

    Plaintiff,

vs.                                  CASE NO. 5:10cv282/RS-GRJ

PANAMA CITY JET CENTER, LLC,
a Florida Limited Liability Company
d/b/a SHELTAIR AVIATION SERVICES.

    Defendant.
_____/

## ORDER

Before me are the Joint Stipulation For Dismissal Of FLSA Action With Prejudice (Doc. 21) and the Confidential Settlement Agreement, General Release And Waiver Of Claims (Doc. 21-1).

**IT IS ORDERED:**

1. The Confidential Settlement Agreement, General Release And Waiver Of Claims is approved.

2. This case is dismissed with prejudice.

3. The clerk is directed to close the file.

**ORDERED** on February 11, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**